IN THE UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESUS RIVERA

      Plaintiff,

vs.                                                     Case No. 3:12-cv-1118-J-32JBT

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

__X___ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: November 27, 2012

                                                Respectfully submitted,

                                                s/ Daniel J. Newman_____
                                                DANIEL J. NEWMAN
                                                Florida Bar No.: 169086
                                                Attorney for Plaintiff and Trial Counsel
                                                Daniel J. Newman, P.A
                                                P. O. Box 129
                                                Tarpon Springs, Florida  34688-0129
                                                Telephone: 727-938-0055
                                                Facsimile: 727-938-9077
                                                Email: dnewman42@tampabay.rr.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** service on this 27th day of November, 2012, of a true copy of this document by electronic filing and the CM/ECF system, which will send notice to the attorneys listed on the attached service list.

                                                s/ Daniel J. Newman_____
                                                DANIEL J. NEWMAN

**SERVICE LIST**
Rivera, Jesus v. Hartford Life and Accident Insurance Company
Case No. 3:12-cv-1118-TJC-JBT
United States District Court, Middle District of Florida

Jeannine C. Jacobson
Sedgwick LLP
2400 East Commercial Boulevard, Suite 1100
Fort Lauderdale, FL 33308
Telephone: (954) 958-2500
Facsimile:  (954) 958-2513
Email: Jeannine.jacobson@sedgwicklaw.com