UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESUS RIVERA,

    Plaintiff,

CASE NO.: 3:12-cv-1118-TJC-JBT

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby state as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to the dismissal of the matter with prejudice, each party to bear its own costs and fees.

Dated: April 22nd, 2013

Dated: April 22nd, 2013

s/ Jeannine C. Jacobson
Jeannine C. Jacobson, Esq.
Florida Bar No. 058777
Attorneys for Defendant
Sedgwick LLP
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308
Telephone: (954) 958-2500
Facsimile: (954) 958-2513
jeannine.jacobson@sedgwicklaw.com

s/ Daniel J. Newman
Daniel J. Newman, Esq.
Florida Bar No. 169086
Attorneys for Plaintiff
Daniel J. Newman, P.A.
Post Office Box 129
Tarpon Springs, FL 34688
Telephone: (727) 938-0055
Facsimile: (727) 938-9077
dnewman42@tampabay.rr.com